# **EXHIBIT 16**



COURT OF THE CAYMAN ISLANDS

**FINANCIAL SERVICES DIVISION**

FSD NO. 163 OF 2023 (DDJ)

IN THE MATTER OF THE COMPANIES ACT (2023 Revision)

AND IN THE MATTER OF SILICON VALLEY BANK (CAYMAN ISLANDS BRANCH)

---

### ORDER

---

**UPON** the summons of Niall Ledwidge, Andrew Childe and Michael Pearson as Joint Official Liquidators (the "**JOLs**") of Silicon Valley Bank (Cayman Islands Branch) ("**SVB Cayman Branch**") dated 10 January 2024;

**AND UPON** reading the second affidavit of Michael Pearson dated 10 January 2024 and exhibit MP-2 thereto;

**AND UPON** the Court being satisfied that the Summons is suitable to be disposed of on the papers without the need for an oral hearing;

**IT IS ORDERED THAT:**

1     The filing of an application by the JOLs for recognition by the United States Bankruptcy Court pursuant to Chapter 15 of the US Bankruptcy Code be and is hereby sanctioned by the Court.

2     The JOLs are the representatives of an estate and a trust that is subject to Cayman Islands proceedings.

**THIS ORDER** is filed by Campbells LLP, Attorneys-at-Law for the JOLs, whose address for service is Floor 4, Willow House, Cricket Square, George Town, Grand Cayman, Cayman Islands (Ref: PDK)

3       The JOLs' costs of and incidental to the Summons be paid out of the SVB Cayman Branch estate as an expense of the liquidation.

Dated the 11 day of January 2024

Filed the 11 day of January 2024

*David Doyle*

---

**THE HONOURABLE JUSTICE DAVID DOYLE**
**JUDGE OF THE GRAND COURT**

**THIS ORDER** is filed by Campbells LLP, Attorneys-at-Law for the JOLs, whose address for service is Floor 4, Willow House, Cricket Square, George Town, Grand Cayman, Cayman Islands (Ref: PDK)