# **EXHIBIT 19**

**Englander, Alex M (WPB - X28339)**

| | |
|---|---|
| **From:** | Fontaine, Laura <lfontaine@fdic.gov> |
| **Sent:** | Thursday, January 4, 2024 5:15 PM |
| **To:** | Gluck, Warren E (NYC - X73396); Taylor, Sam E.; Moore, Aaron A. |
| **Cc:** | Davis, Jim (TPA - X36383, WAS - X72599); Aguggia, Paul M (WAS - X75422, NYC - X73352); Nelson, Travis P (PHL - X49546, NYC - X73376) |
| **Subject:** | RE: [EXTERNAL MESSAGE] RE: FDIC-R Silicon Valley Bank/ Cayman Islands Joint Liquidators |

[External email]

NONPUBLIC//FDIC BUSINESS

Mr. Gluck- thank you for your inquiry. Unfortunately, FDIC personnel are not available to discuss claim denials. Claimants' rights in the event that they dispute the Receiver's claim determination are set forth in the Notice of Disallowance of Claim.

Very truly yours,

Laura Fontaine


Laura M. Fontaine
Counsel, Legal Division
Federal Deposit Insurance Corporation
600 North Pearl Street, Suite 700
Dallas, TX 75201
Cell: 214-796-6797
LFontaine@fdic.gov



-----Original Message-----
From: Gluck, Warren E (NYC - X73396) <Warren.Gluck@hklaw.com>
Sent: Thursday, January 4, 2024 3:18 PM
To: Fontaine, Laura <lfontaine@fdic.gov>; Taylor, Sam E. <SaTaylor@FDIC.gov>; Moore, Aaron A. <aarmoore@FDIC.gov>
Cc: Davis, Jim (TPA - X36383, WAS - X72599) <jim.davis@hklaw.com>; Aguggia, Paul M (WAS - X75422, NYC - X73352) <Paul.Aguggia@hklaw.com>; Nelson, Travis P (PHL - X49546, NYC - X73376) <Travis.Nelson@hklaw.com>
Subject: [EXTERNAL MESSAGE] RE: FDIC-R Silicon Valley Bank/ Cayman Islands Joint Liquidators


CAUTION: External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.


Dear Laura,

1

Tomorrow morning there is an important meeting.  We do not want to rush any substantive response.  However, we would prefer to report that FDIC have "acknowledged receipt" of the correspondence as opposed to reporting "there has been no response."

Best Regards,

Warren Gluck | Holland & Knight
Partner
Holland & Knight LLP
31 West 52nd Street | New York New York 10019 Phone 212.513.3396 | Fax 212.341.7152 warren.gluck@hklaw.com | www.hklaw.com -----Original Message-----
From: Gluck, Warren E (NYC - X73396)
Sent: Wednesday, January 3, 2024 3:26 PM
To: Fontaine, Laura <lfontaine@fdic.gov>; Taylor, Sam E. <SaTaylor@FDIC.gov>; aarmoore@FDIC.gov
Cc: Davis, Jim (TPA - X36383, WAS - X72599) <jim.davis@hklaw.com>; Aguggia, Paul M (WAS - X75422, NYC - X73352) <Paul.Aguggia@hklaw.com>; Nelson, Travis P (PHL - X49546, NYC - X73376) <Travis.Nelson@hklaw.com>
Subject: FW: FDIC-R Silicon Valley Bank/ Cayman Islands Joint Liquidators
Importance: High

Dear Laura,

Happy New Year.  As you may recall, we represent the Joint Official Liquidators ("JOLs") of Silicon Valley Bank Cayman Branch ("SVB Cayman").  We corresponded earlier in 2023 and since that time we have been appointed as sole United States counsel to the JOLs and SVB Cayman.  Since August, we have been engaged in a significant outreach on behalf of the JOLs and SVB Cayman at the Congressional level in the hope of setting productive and constructive meetings with FDIC-C and FDIC-R regarding this matter, including the major implications as to US international banking policy.  We received the attached correspondence today from prior counsel, Alston & Bird, who received the same via mail.

I write to see if you are available for a brief telephone conversation tomorrow or Friday regarding the letter.  In particular, if the issue concerns the sufficiency of proof and quantification, we had understood from the below that the FDIC-R would consider a supplemental submission.  The sole reason that the supplemental submission has not been filed is that we had instead contemplated an initial discussion of issues at a FDIC-R and/or FDIC-C meeting soon.  Since the Summer, we have had significant time to analyze the salient issues and remain optimistic for a good outcome.  In the event your office or the letter issuer was unaware of legislative outreach by our team members former Congressmen Jim Davis and Ron Klein to Congressman Jim Himes (as well as other Members of Congress) to seek such a meeting with the FDIC, I can do my best to provide an update on the requested call.  In any case, one item we will request is the opportunity to submit a supplemental proof of claim for your review and per the below.  We are hopeful that upon a review of the supplement and draft 11 U.S.C. 1501 et seq filings, that the Receivership finds any deficiency cured.

Please note that I am attaching a recent decision by Mr. Justice Doyle of the Grand Court of the Cayman Islands, Financial Services Division.  Justice Doyle is similarly overseeing the SVB Cayman Liquidation in this matter and as in the attached case, we are and will be proposing creative solutions that minimize the potential for inter-office conflict toward the common goal of maximizing creditor recoveries - just as in the attached judgment (paras 21-29).  In short, and in advance of our requested supplemental submission, meeting(s) with FDIC-C/FDIC-R and the requested brief call this week on the supplement itself, we ask for an open perspective and the opportunity to ensure orderly intra-liquidation communications as well as the orderly continuation of the legislative/high-level outreach that has been ongoing since September, 2023.

Best Regards,

Warren Gluck | Holland & Knight
Partner

Holland & Knight LLP

31 West 52nd Street | New York New York 10019 Phone 212.513.3396 | Fax 212.341.7152 warren.gluck@hklaw.com | www.hklaw.com -----Original Message-----

From: Sugden, Will <Will.Sugden@alston.com>
Sent: Monday, July 10, 2023 6:03 PM
To: Fontaine, Laura <lfontaine@fdic.gov>; Nelson, Travis P (PHL - X49546, NYC - X73376) <Travis.Nelson@hklaw.com>; Gluck, Warren E (NYC - X73396) <Warren.Gluck@hklaw.com>; Davis, Jim (TPA - X36383, WAS - X72599) <jim.davis@hklaw.com>
Cc: Moore, Aaron A. <aarmoore@FDIC.gov>; Taylor, Sam E. <SaTaylor@FDIC.gov>
Subject: Re: FDIC-R Silicon Valley Bank/ Cayman Islands Joint Liquidators

[External email]

Thank you Laura. Good to meet you.

Regards,

Will Sugden
_____
From: Fontaine, Laura <lfontaine@fdic.gov>
Sent: Tuesday, July 11, 2023 12:00:15 AM
To: Travis.Nelson@hklaw.com <Travis.Nelson@hklaw.com>; Sugden, Will <Will.Sugden@alston.com>; Warren.Gluck@hklaw.com <Warren.Gluck@hklaw.com>; jim.davis@hklaw.com <jim.davis@hklaw.com>
Cc: Moore, Aaron A. <aarmoore@FDIC.gov>; Taylor, Sam E. <SaTaylor@FDIC.gov>
Subject: FDIC-R Silicon Valley Bank/ Cayman Islands Joint Liquidators

EXTERNAL SENDER - Proceed with caution
_____


NONPUBLIC//FDIC BUSINESS


Counsel- I was forwarded your request for an extension of the bar date to file claims against the Receiver of Silicon Valley Bank or Silicon Valley Bridge Bank.


As a matter of statute, the Receiver is not able to provide an extension to the bar date, which is today, nor is it able to preemptively grant late-filed claim status. However, the Receiver does consider supplemental material supporting a timely filed claim even if the supplemental material is received after the bar date.


Very truly yours,


Laura M. Fontaine

3

Senior Attorney, Legal Division

Federal Deposit Insurance Corporation

600 North Pearl Street, Suite 700

Dallas, TX 75201

Cell: 214-796-6797

LFontaine@fdic.gov<mailto:LFontaine@fdic.gov>

[cid:image002.jpg@01D6B360.71CF9470]

_____
NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.

_____

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.