# Exhibit A

**(Proposed Order to Show Cause)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 |
| SILICON VALLEY BANK (CAYMAN ISLANDS BRANCH) (in Official Liquidation) | Case No. ___-_____ |
| Debtor in a Foreign Proceeding.[1] | |

## ORDER TO SHOW CAUSE

Upon the application for certain provisional relief (the "**Provisional Relief Application**") filed by Michael Pearson, Andrew Childe, and Niall Ledwidge, in their capacity as the duly appointed joint official liquidators and foreign representatives (together, the "**JOLs**" or "**Foreign Representatives**") of Silicon Valley Bank (Cayman Islands Branch) (in Official Liquidation), an estate in official liquidation ("**SVB Cayman**" or the "**Debtor**") under the supervision of the Grand Court of the Cayman Islands, Financial Services Division (the "**Grand Court**"), Cause No. FSD 163 of 2023 (DDJ) (the "**Cayman Proceeding**"); and upon this Court's review and consideration of the Provisional Relief Application, the Memorandum of Law in Support thereof, the Pearson Declaration[2] and the Petition, this Court having jurisdiction to consider the Provisional Relief Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and 11 U.S.C. §§ 109 and 1501; consideration of the Provisional Relief Application and the relief requested

---

[1] Silicon Valley Bank is registered under Part IX of the Cayman Islands Companies Act, with registration number 193670.
[2] Capitalized terms used but not otherwise defined herein shall have meanings ascribed to them in the Provisional Relief Application.

2

therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(P); venue being proper before this Court pursuant to 28 U.S.C. § 1410; IT IS HEREBY ORDERED AND DETERMINED THAT:

1. On or before January 24, 2024, the Federal Deposit Insurance Corporation, in its corporate capacity, and the Federal Deposit Insurance Corporation, in its capacity as receiver for Silicon Valley Bank, Santa Clara and Silicon Valley Bank Bridge Bank, N.A., shall show cause why the relief sought by the Foreign Representatives in the Provisional Relief Application should not be granted ("**Objection**").

2. On or before January 29, 2024, the Foreign Representatives shall file a reply, if any, in further support of the Provisional Relief Application ("**Reply**").

3. The Objection and the Reply must be in writing, shall conform to the Bankruptcy Rules and the Local Bankruptcy Rules for the Southern District of New York and shall be filed with the Bankruptcy Court with courtesy copies e-mailed to Chambers at the email address mg.chambers@nysb.uscourts.gov concurrently with filing.

4. A hearing shall be held on the Application on January, 31, 2024, at __:00 _.m prevailing Eastern Time before the Honorable Chief Judge Martin Glenn of the United States Bankruptcy Court of the Southern District of New York, One Bowling Green, New York, NY 10004-1408 (the "**Hearing**").

5. The Hearing will take place using Zoom for Government. The Court shall provide a Zoom link to those persons who have made an eCourtAppearance by 4 PM the business day before the hearing. Any party appearing at, listening to, or observing the Hearing, must make an electronic appearance, an eCourtAppearance, by using the eCourtAppearance portal located on the Court's website, https://www.nysb.uscourts.gov/ecourt-appearances, or by clicking the

3

"eCourtAppearances" tab on Judge Glenn's page of the Court's website at, https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn. Appearances must be entered on or before 4:00 p.m. prevailing Eastern Time the day before the hearing. After the deadline to make appearances passes, the Court will send Outlook invitations to those persons who made eCourtAppearances, using the email addresses submitted with those appearances."

6. This Order to Show Cause shall be served by January 19, 2024 upon the FDIC and its counsel known to the Foreign Representatives.

7. Service in accordance with this Order shall be deemed good and sufficient service and adequate notice for all purposes.

8. The Foreign Representatives are to take all actions necessary to effectuate the relief granted pursuant to this Order.

9. The terms and conditions of this Order shall be immediately effective and enforceable upon entry.

10. This Court shall retain jurisdiction with respect to the enforcement, amendment or modification of this Order.

Dated: New York, New York
      January __, 2024

_____
UNITED STATES BANKRUPTCY JUDGE