UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Chapter 15 |
| SILICON VALLEY BANK (CAYMAN ISLANDS BRANCH) (in Official Liquidation) | Case No. 24-10076 (MG) |
| Debtor in a Foreign Proceeding. | **NOTICE OF APPEARANCE** |

---

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:** Please enter my appearance as counsel for Michael Pearson, Andrew Childe, and Niall Ledwidge, the duly appointed joint official liquidators and foreign representatives of Silicon Valley Bank (Cayman Islands Branch) (in Official Liquidation) ("**SVB Cayman**" or the "**Debtor**"). Please also enter my appearance as counsel for SVB Cayman, the Debtor. I certify that I am admitted to practice in the Southern District of New York.

Dated: New York, New York
January 22, 2024

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____
Marie E. Larsen
31 West 52nd Street
New York, New York 10019
Telephone: 212-513-3477
Telefax: 212-385-9010
Email: marie.larsen@hklaw.com

*Counsel for the Official Liquidators of Silicon Valley Bank (Cayman Islands Branch)(In Official Liquidation)*

1