Warren E. Gluck, Esq.
John J. Monaghan, Esq. (*pro hac vice* forthcoming)
Paul M. Aguggia, Esq. (*pro hac vice* forthcoming)
Marie E. Larsen
HOLLAND & KNIGHT LLP
31 W. 52nd Street
New York, NY 10019
Telephone:  212-513-3200
Fax: 212-385-9010
Warren.Gluck@hklaw.com
John.Monaghan@hklaw.com
Paul.Aguggia@hklaw.com
Marie.Larsen@hklaw.com

*Counsel for the Joint Official Liquidators*
*of Silicon Valley Bank (Cayman Islands Branch)*
*(in Official Liquidation)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| SILICON VALLEY BANK (CAYMAN ISLANDS BRANCH) (in Official Liquidation) | Case No. 24-10076 (MG) |
| Debtor in a Foreign Proceeding. | |

## CERTIFICATE OF SERVICE

I certify that I caused this Court's *Order to Show Cause* [ECF No. 6] to be served on January 19, 2024 by email and on January 20, 2024 by Federal Express overnight delivery upon the following recipients:

| | |
|---|---|
| Laura M. Fontaine<br>Senior Attorney, Legal Division<br>Federal Deposit Insurance Corporation<br>600 North Pearl Street, Suite 700<br>Dallas, TX 75201 | Andrew Dober<br>Federal Deposit Insurance Corporation<br>3501 Fairfax Drive<br>Arlington, VA 22226<br>703-562-2545 |

| | |
|---|---|
| 214-796-6797<br>LFontaine@fdic.gov | adober@fdic.gov |
| Martin G Bunin<br>FARRELL FRITZ, P.C.<br>622 Third Avenue, Suite 37200<br>New York, NY 10017<br>212-687-1230<br>Fax : 212-329-1992<br>mbunin@farrellfritz.com | Patrick Collins<br>Darren Pascarella<br>Farrell Fritz, P.C.<br>400 RXR Plaza<br>Uniondale, NY 11556<br>(516) 227-0649<br>Fax : (516) 227-0777<br>pcollins@farrellfritz.com<br>dpascarella@farrellfritz.com |
| Kurt F. Gwynne<br>Reed Smith LLP<br>1201 North Market Street<br>Suite 1500<br>Wilmington, DE 19801<br>302-778-7500<br>Fax : 302-778-7575<br>kgwynne@reedsmith.com | Eric Christopher Lyttle<br>Jonathan Gordon Cooper<br>Kyra Simon<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>1300 I Street<br>Suite 900<br>Washington, DC 20005<br>202-538-8000<br>ericlyttle@quinnemanuel.com<br>jonathancooper@quinnemanuel.com<br>kyrasimon@quinnemanuel.com |
| Benjamin Finestone<br>Katherine Scherling<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue<br>22nd Floor<br>New York, NY 10010<br>212.849.7000<br>Fax : 212.849.7100<br>benjaminfinestone@quinnemanuel.com<br>katescherling@quinnemanuel.com | Andrea B. Schwartz<br>U.S. Department of Justice<br>Office of the United States Trustee (SDNY)<br>Alexander Hamilton Custom House<br>One Bowling Green, Rm. 534<br>New York, NY 10004<br>andrea.b.schwartz@usdoj.gov |

Dated:  January 22, 2024
       New York, New York       HOLLAND & KNIGHT LLP

/s Warren E. Gluck
 Warren E. Gluck, Esq.
John J. Monaghan, Esq. (*pro hac vice* forthcoming)
Paul Aguggia, Esq. (*pro hac vice* forthcoming)
Marie E. Larsen, Esq.
HOLLAND & KNIGHT LLP
31 W. 52nd Street
New York, NY 10019
Telephone:  212-513-3200
Fax: 212-385-9010
Warren.Gluck@hklaw.com
John.Monaghan@hklaw.com
Paul.Aguggia@hklaw.com
Marie.Larsen@hklaw.com

*Counsel for the Joint Official Liquidators*
*of Silicon Valley Bank (Cayman Islands Branch)*
*(in Official Liquidation)*