# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SILICON VALLEY BANK (CAYMAN ISLANDS BRANCH),<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br>Case No: 24-10076 (MG) |

**ORDER GRANTING *EX PARTE* MOTION TO EXCEED PAGE LIMIT IN CONNECTION WITH THE OBJECTION OF THE FEDERAL DEPOSIT INSURANCE CORPORATION IN ITS CORPORATE CAPACITY AND AS RECEIVER FOR SILICON VALLEY BANK, SANTA CLARA, AND AS RECEIVER FOR SILICON VALLEY BRIDGE BANK, N.A., TO THE APPLICATION FOR ORDER TO SHOW CAUSE WHY PROVISIONAL RELIEF PURSUANT TO 11 U.S.C. §§ 105(a), 1519 AND 1521 SHOULD NOT BE GRANTED**

Upon consideration of the *Ex Parte Motion to Exceed Page Limit in Connection with the Objection of the Federal Deposit Insurance Corporation in its Corporate Capacity and as Receiver for Silicon Valley Bank, Santa Clara, and as Receiver for Silicon Valley Bridge Bank, N.A., to the Application for Order to Show Cause Why Provisional Relief Pursuant to 11 U.S.C. §§ 105(a), 1519, and 1521 Should Not Be Granted* (the "Motion"); and the Court having reviewed the Motion and the relief requested therein; and the Court having found that (a) the Court has jurisdiction to consider the Motion and the relief requested therein pursuant to sections 157 and 1334 of title 28 of the United States Code, and (b) that cause exists to grant the relief requested; and that notice of the Motion was sufficient under the circumstances; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted.

2.     The Movants may exceed the twenty-five page limit set forth in the Chambers Rules by 20 pages, for a total of up to 45 pages (in each case, not inclusive of the caption, table of contents, table of authorities, signature pages, or exhibits).

**SO ORDERED.**

Dated: January ___, 2024
       New York, New York

                                              The Honorable Martin Glenn
                                              United States Bankruptcy Judge