**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | : | Chapter 15 |
| | : | |
| SILICON VALLEY BANK | : | Case No. 24-10076 (MG) |
| (CAYMAN ISLANDS BRANCH) (in | : | |
| Official Liquidation) | : | |
| | : | |
| Debtor in a Foreign Proceeding.[1] | : | |

---

### ORDER DENYING THE *EX PARTE* MOTION OF THE JOINT OFFICIAL LIQUIDATORS FOR ENTRY OF AN ORDER AUTHORIZING THE REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF APPLICATION FOR PROVISIONAL RELIEF PURSUANT TO 11 U.S.C. §§ 105(A), 1519, AND 1521 TO EXCEED PAGE LIMIT

Upon consideration of the Ex Parte *Motion of the Joint Official Liquidators for Entry of an Order Authorizing the Reply Memorandum of Law in Further Support of Application for Provisional Relief Pursuant to 11 U.S.C. §§ 105(A), 1519, and 1521 to Exceed Page Limit* (the "**Motion**")[2] seeking entry of an order (this "**Order**") authorizing the Foreign Representatives to exceed the Page Limit for the Reply, as set forth more fully in the Motion; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and section 1501 of the Bankruptcy Code and the *Amended Standing Order of Reference* from the United States District Court for the Southern District of New York, entered February 1, 2012; and that this Court may decide by a final order consistent with Article III of the United States Constitution; and that due and sufficient notice of the Motion has been given and no other or further notice need

---

[1] Silicon Valley Bank is registered under Part IX of the Cayman Islands Companies Act, with registration number 193670.

[2] Capitalized terms not otherwise defined herein shall be given the meanings ascribed to them in the Motion.

be provided; and it appearing that the relief requested in the Motion is in the best interest of Silicon Valley Bank (Cayman Islands Branch) (in Official Liquidation), an estate in official liquidation under the supervision of the Grand Court of the Cayman Islands, Financial Services Division ("**SVB Cayman**"), and other parties in interest in this chapter 15 case; and after due deliberation and good and sufficient cause appearing therefor for the relief requested in the Motion,

**IT IS HEREBY ORDERED:**

1. The Motion is hereby **DENIED**.

2. This Court shall retain jurisdiction with respect to any and all matters arising out of or relating to the interpretation or implementation of this Order.

**IT IS SO ORDERED.**

Dated: February 2, 2024
       New York, New York

                                    /s/ Martin Glenn
                                    MARTIN GLENN
                                    Chief United States Bankruptcy Judge