# Exhibit A

WILBERFORCE CHAMBERS



**Thomas Lowe QC**
*Called 1985*
*QC 2008*

Harbour Place
PO Box 2191
103 South Church Street
Grand Cayman KY1-1105
Cayman Islands
DD +1345 623 5693
UK +44 207 306 0102

Email:
tlowe@wilberforce-cay.com or

*Tom Lowe was called to the Bar in 1985 and became Queen's Counsel in 2008. Having obtained an upper second LLB from London School of Economics, he went on to obtain a First in his LLM at Cambridge. He won the Inner Temple Queen Elizabeth scholarship when he came to the Bar and a number of prizes at the College of Law. He joined Wilberforce Chambers in 1997.*

**Practice**

Tom Lowe QC practices in the Cayman Islands and regularly appears in British Virgin Islands and other jurisdictions. He retains his right to appear in the Courts of England and Wales and is a member of Wilberforce Chambers. His work is now entirely offshore.

Mr. Lowe has acted in numerous high-profile cases in a wide range of commercial disputes. His main areas of expertise include company law, commercial fraud, insolvency, trust litigation and related arbitrations. He has appeared as counsel in dozens of reported cases over the last 30 years, some of which are listed below.

Most of Mr. Lowe's offshore work relates to international cross-border commercial and company litigation involving shareholder and other corporate disputes, creditor claims, insolvency and winding-up. Much of his work has involved asset tracing in the context of corporate misconduct and financial fraud.

He has appeared in Courts in England and Wales, the Bahamas, Bermuda, British Virgin Islands, the Cayman Islands, Turks & Caicos and Jersey as well as acting for clients in Singapore, Hong Kong and Malaysia. Mr Lowe regularly acts as an expert in cases in the US and Hong Kong. He also has frequently acted in arbitrations, especially in Asia.

The directories rank Mr. Lowe in the top tier for offshore work and describe him as being "*user-friendly, client-focused and easy to work with, able to grapple with the most complex of cases*." (Legal 500) and "an incredible advocate", "outstanding intellect", "*very technically able", "very knowledgeable on the law and very user-friendly*" (Chambers and Partners).

He has a working knowledge of French, German and Spanish.

**Notable cases**

**England**

*Morgan Crucible v Hill Samuel* [1991] 1 CH 259 (negligence, bidders' duty of care, Company accountants' takeovers, auditors' negligence)

*SIB v Pantell No 2* [1993] Ch 296 (Financial Services, financial fraud, SIB's powers to obtain restitution orders for investors).

*Kaufmann v Credit Lyonnais* [1995] CLC 300 Financial Services, s62 FSA 1986, negligent fund management, negligence/churning/ breach of duty investment managers, Public Interest immunity.

*British Boss UK v Boss France* [1997] 1 WLR 351 EC Judgments Convention, breach of contract, distribution agreements, forum shopping, negative declarations.

*Cobra Golf Inc v Rata* [1998] Ch 109 (copyright, counterfeiting, Anton Piller Orders, privilege against self-incrimination, s72 Supreme Court Act 1981, intellectual property.

*Punch v Saunders* [1998] 1 WLR 986 newspapers, obligation to disclose source of information, privilege.

*Python (Monty) Pictures v Paragon Entertainment Corp* [1998] EMLR 640 acted on behalf of Channel 4 up to and including trial about copyright licensing of film rights in *Life of Brian*

*Haig v Atkin* [2000] 3 AER 80 Insolvency, power of trustee to sell private correspondence, human rights.

*Peskin v Milner* [2000] BCLC company law, whether directors owe fiduciary duties to members, ultra vires, clubs.

*Gorham v British Telecommunications* [2000] 1 WLR 2129 pension mis-selling Financial Services Act 1986, duty of care of financial adviser to dependents, pensions.

*Hamilton v Al Fayed (2001) EWCA* (2009) EWCA 97 (41) LSG 40 [2000] EWCA Civ 3012 acted for disgraced former politician against Al Fayed on basis that he had procured theft of notes of politician’s legal team and used the same during the trial

Re Richbell Strategies [2001] B.C.C. 409; [2000] 2 B.C.L.C. 794 acted for well known private equity fund, seeking to recover US$100m and fending off fraud claim in the US

*Walker v Stones* [2001] Q.B. 902, trusts, solicitors, fraudulent breach of trust, constructive trusts, limitation, rule in *Prudential v Newman,* Partnership Act 1890.

*Haig v Aitken* [2001] Ch 110 acted for disgraced politician in his bankruptcy defending claim of trustee in bankruptcy

*Re Equitable Life Assurance* [2000]-[2001] produced a report with Nicholas Warren QC on rights of non-guaranteed annuity holders of large pension fund in run off

*Dextra v Bank of Jamaica* [2002] 1 AER (Com) 193 Privy Council, validity of bills of exchange, restitution for mistake, change of position. fraud and financial services

*Societe Internationale de Telecommunications v Watson Wyatt* [2002] EWHC 2401 professional negligence, solicitors, trust powers, employee benefit trust.

*Lewis v Eliades (No 1)* [2002] EWHC 335 freezing injunctions, interim relief acted for manager of well known boxing champton in claim brought against him for misuse of funds

*Midland Tooling v Midland International Tooling* [2003] All ER (D) 174 directors, breach of fiduciary duty, breach of confidence, conspiracy.

*Al Bassam v A l Bassam* [2004] EWCA Civ 857 Probate, succession, domicile, conflict of laws, human rights.

*Wight v Eckhardt Marine* [2004] 1 AC 147 Insolvency - Winding up -Proof in liquidation.

*Settelen v Metropolitan Police Cssrs* [2004] EWHC 2171 claim for video tapes of Princess Diana against police commissioners who detained tapes

*Harley Street v Tchigirnsky* [2005] EWHC 2471 acted for investor group taking derivative claim against directors of London listed company with its centre of management in Russia, issue of law applicable

*Fidelity Management SA v Myriad International Holdings* [2005] EWHC 1193 arbitration, setting aside award, arbitrator fell asleep

*Bottin v Venson* [2006] EWHC 3112 (Ch) company, fraud, deceit and breach of shareholders agreement.

*Mandrake Associates v Balanus* [2006] EWCA 1716 and [2005] EWCA Civ 840 guarantee and indemnity, claim for losses caused by failing to meet obligations under an indemnity contract

*Farrukh v Irwin Mitchell* [2006] EWHC 1541 (Ch) company, financial services solicitors negligence in context of flotation, damages.

*Reeves v Sprecher* [2007] partnership dispute about management of fund of hedge funds, dissolution and employment, conflict of laws.

*Phillips v Nusberger* [2008] House of Lords on service conventions: substantive claim fraud, private international law

*Re Freshwater* [2008-2010] Chancery Division, tax, recovery of GBP10m funds under tax avoidance scheme, liability to tax

*Cobbetts v Hodge* [2010] 1 B.C.L.C. 30 partnership dispute, recovery of secret profit from employee and ambit of principle in *Reading v Attorney-General*

*BCCG v Society Generale* [2009-2011] Commercial Court, hedge fund platform and claim relating to duties of provider of synthetic note instruments

*Isis v Oscatello* [2007-2013], [2012] EWHC 745 (Ch) [2013] EWHC 7 England and Isle of Man acting for liquidator defending claims in excess of compromise, invalid corporate transactions arising in the context of offshore vehicle of Kaupthing Bank, interpretation of Credit Regulations

**Examples of International Cases**

*Enka v Mass Global Energy* [2020] Cayman Isl. conspiracy, unlawful interference in context of directors seeking to render company judgment proof

*Re Ascot Fund* Cayman [2020] Cayman Isl liquidation dispute seeking clawback of overpaid shareholder distributions.

*Re Pelletier* [2021] Cayman Isl. bankruptcy fraudulent preferences and dispositions in Cayman Isl Court of Appeal.

*Kingate v Kingate Management Ltd* (2013 to 2016] Bermuda claim by liquidators of Madoff feeder fund against managers for negligence and to claw back fees.

*Kilometre v Shanda Games* (Cayman 2015] represent creditor seeking winding up of Cayman registered co with NASDAQ listing and multi-billion USD business in the PRC

*Re Qunar* (Cayman2016-2020) Judgment represented online travel agent company in merger dissenters action involving valuation

*Re Qihoo* (Cayman 2017-2021) represented Chinese online search engine company in merger dissenters action involving valuation

*Re Khongzhong (Cayman 2017)* represented Chinese company in merger dissenters action involving valuation

*Re Torchlight Fund* (Cayman 2016-2017) represented limited partners in winding up of private equity fund on grounds of misconduct and breaches of fiduciary duty

*EHi v Ctrp* **(**Cayman 2018) represented petitioner in just and equitable winding up on grounds of misconduct and breaches of fiduciary duty

*Sterling Macro Fund* (Cayman 2016-2018) represented company in just and equitable winding up on grounds of misconduct and breaches of fiduciary duty

*Oriental Knowledge Tank v Business Intelligence* (Cayman 2018) represented petitioner in just and equitable winding up on grounds of misconduct and breaches of fiduciary duty

*Ritchie v GECC* [2018-2021] representing Plaintiff in claims about fraudulent conspiracy relating to collapse of Ponzi scheme.

*Re Lunan BVI 2018-2020)* represented plaintiff in dispute between PRC shareholders involving breach of fiduciary duty

*APEV IV v Abraaj Holdings* (2018-20) represented private equity fund pursuing general partner and management entities for breach of fiduciary duty under derivative suit

*Tanrui v China Shanshui* Cayman (2018-2024) Privy Council represented petitioner in just and equitable winding up petition involving takeover battle in Hong Kong on grounds of misconduct and breaches of fiduciary duty. Related claims, availability of derivative proceedings.

*FMCH v China CVS* Cayman Islands [2018-2023] Privy Council winding up and arbitration: represented petitioner in just and equitable winding up petition involving on grounds of misconduct and breaches of fiduciary duty and related derivative claims. Court of Appeal deciding that arbitration clause does not apply to such winding up.

*VRG v Mattlin Patterson* (Cayman 2016]-[2021]) arbitration and enforcement: represented Brazilian creditor seeking to enforce ICC arbitration award in which the Court of Appeal of the Cayman Islands has given important judgments to be heard in Privy Council

*Re Rhone Holdings* (Cayman 2015-6) represented company in winding up petition and arbitration stay

*Re Caledonian Bank* (Cayman 2016) represented creditor in dispute about trust deposits with collapsed bank

*Cayman Islands Tax Information Authority v MH Investments* (Cayman 2015) represented respondent in challenging Australian tax information request

*Banks v Insurance Company of West Indies (*Cayman 2016) represented insurance company in dispute against third party arising from non-disclosure by policyholder

*Foster v GKF Holdings* (Cayman 2017) successfully represented defendants in claims based on loan subordination and restitution

*Re Boshiwa* [2015] Cayman Isl acted for creditor and obtained order for appointment of provisional liquidators of Hong Kong based muliti billion USD company incorporated in Cayman Islands

*Re Mayer Holdings* [2015] Cayman Islands Court of Appeal represented Cayman Reg Hong Kong listed co in winding up proceedings in Cayman.

*Re Harbinger* (Cayman 2015) represented petitioner in just and equitable winding up on grounds of misconduct and breaches of fiduciary dut

*AHAB v SAAD et al* [2010-to 2019] Cayman Islands, successfully obtained judgment for defendant SPV resisting claim for recovery of US$6bn proceeds of alleged fraudulent breaches of fiduciary duty

*Wang v Ministry of Defence (Republic of China – Taiwan)* [2013] acting for Taiwanese arms dealer in defending substantial asset tracing claims arising from corruption in awarding large defence contracts

*CEVA Holdings* [2013] acted for company in winding up and restructuring of logistic companies with debts exceeding US$3bn

*Axis* v *Civil Aviation Authority of the Cayman Islands* [2011-13] commercial judicial review proceedings, ultra vires, challenge to exercise of discretion of Aviation Authority

*KBC v Palm Beach* [2013] argued for the validity and effect of side letter for $20m redemption claim

*SPhinX Companies* [2008] Cayman Islands, complex liquidation with cash of US$500m arising from collapse of Refco, segregated portfolio companies, schemes of arrangement, contingent debtors, co-mingling of assets

*Gottex v New Stream* [2009-2011] Bermuda, liquidation of segregated accounts company operating as US$1 billion plus hedge fund, winding up, validity of informal restructuring

*Fintan v Medley* Opportunity Fund [2012] Cayman Islands, liquidation of hedge fund, validity of informal restructuring, redemption dispute, successfully defeated petition based on US$25m

*Fenris v Ennismore Fund* [Cayman Islands, Privy Council and Court of Appeal [2011-2018] dispute between fund managers

*ABC Capital* [Cayman Islands Court of Appeal [2012] winding up of segregated portfolio company

*Bancredito v GFN* [2004-2011] Cayman Islands - liquidation of offshore branch of Bank based in Dominican Republic, fraud, successfully defended numerous claims against former owners by Central Bank and others for US$bn, Privy Council Appeal

*Re Palm Beach Capital and Re Lancelot* [2008 and 2013] Cayman Islands –cross border cooperation with Chapter 7 trustee in winding up of US$1bn asset backed loan funds on just and equitable ground as a result of Petters fraud in underlying vehicles,

*Banco Economico v Allied Leasing* [1999-2003] Cayman Islands -collapse of Brazilian Bank, winding up of offshore vehicle, insolvency and fraud

*Magnum Investments v Zulauf Asset Management* [2004-2006] Cayman Islands - claim by sponsor's of hedge fund against fund managers for ongoing fees

*Oracle Fund* [2000-2003] Bahamas - collapse of substantial hedge fund and negligence of directors and fund administrators

*E-Millennium Fund v Deutsche Bank* [2000-3] Cayman Islands -dispute between private equity fund manager and underwriter of commitments to the fund arising from closure of fund

*Re Refco* [2007] New York - provided expert evidence on status of assets belonging to segregated portfolio companies in US bankruptcy appeal

*Schramm v Financial Secretary* [2004] company, restoration to register after dissolution

*China Shanshui* [27 January 2021] Winding Up Petition on Just and Equitable Ground

*Pelletier v Trustee in Bankruptcy* [Court of Appeal 2021] various hearings

*Re Abraaj Investment Management* liquidators duty to hand over documents and liquidation

*Re Lung Ming Mining Company* various hearings, Court of Appeal, circumstances in which companies can be dissolved following dissolution

*Re Al Najah Education Limited* Trial of Winding Up Petition of partnership

*In Re Guoan International Limited* Winding Up Petition based on statutory demand based on recognition of foreign judgment pending appeal in Hong Kong

*Re AquaPoint LP* [November 2021] Application to strike out just and equitable winding up petition scope of alternative remedy

*Re Sina Corporation* [January 2022] Court of Appeal merger litigation valuation of US shareholder claims

*Re FamilyMart China Holding 2021-2023* Privy Council arbitrability of just and equitable winding up petition

*Re Seahawk China Dynamic Fund* [2022] Just and equitable winding up petition, trial scope of remedies

*Re Shinsun Holdings* [2023] Creditors petition against bondage issuer concerning standing of alternate account holder

*Re Leed Education Holding Limited v Minsheng Vocational* [2023] Jurisdiction of Cayman Court to assist in foreign arbitration in Hong Kong

*Re China Medonline* [2023] Creditors petition, governing principles

*Re Aubit International* [2023] Jurisdiction of Court to wind up company on basis of contingent creditors' petition in circumstances where the underlying debt is disputed

**Trust Cases**

*Wang Din-shin v Nina Wang* [2003-7] Hong Kong Successfully defended probate case involving an estate of US$6bn allegations of forgery – junior counsel. One of the largest probate cases to have been the subject

*Hinds v Hinds* [Cayman 2014] representing beneficiaries in probate dispute about beneficial entitlement and claim against estate

*A v N Francois v Beaufour* [2007] WTLR 565 [2003-2007] trust, fraudulent breach of trust, validity of forfeiture clause, recovery of Euro 2bn

*HSBC v Wong Kit Wan* [2007] WTLR 631 [2004-8] Trust created for Hong Kong family, power of appointment and locus standi of protectors, sale of Chinese business

*Miller v Gianne* (2007) Cayman Islands fraud, asset tracing, community property and private international law

*Bridge Trust v Jahre* [2000-2004] Cayman Islands fraud tracing, claim by Norwegian Government of assets in Panama

*Re Poulton* [2017 to 2021] Cayman Islands validity of exclusion from trust, undue influence and lack of capacity

*Zhao Long v Lunan Pharmaceuticals* [2021] represented successful claimant in British Virgin Islands to establish right to substantial shareholding of PRC pharmaceutical involving questions of PRC company law and tracing.

**Examples of Expert Testimony**

*Reckitt* US litigation report on behalf of claimant shareholders in damages claims arising out of deceit and market losses on issues of English law of deceit and liability for misleading markets.

*Ren-Ren Litigation* [2019] expect opinion to New York Court in relation to shareholder dispute, derivative actions and standing in relation to Cayman and UK law.

*Re Fursa* [2012-3] State of South Carolina provided expert evidence to US State Court about status of limited partnerships in the Cayman Islands

*Re Wimbledon Fund* [2011-2012] State of California evidence as to duties of directors, fund managers, administrators and law of misrepresentation under Cayman law.

*Re Primeo Fund* [2012] Madoff, New York evidence as to liability for fraud and deceit of various third parties under Cayman law

*BP Securities Litigation* [2013] expert opinion to Court in Texas about UK financial services and securities law in context of class action by shareholders claiming losses arising from liabilities in Gulf of Mexico oil spill

*Kowk Hu Kwan v Convoy Global Holdings Ltd* [2018] HKCFI 2112 expert opinion on Cayman law to Hong Court on the validity of decisions made by the chairman of the general meeting

*Bitmain litigation* [2020] expert opinion for Hong Kong Court in relation to validity of Company meetings

*Platinum Litigation* [2020] expert opinion to Delaware Court in relation to Cayman law claims relating to enforceability of fraudulent preference remedies and piercing corporate veil.

*OAS SA* evidence before US bankruptcy Court SDNY Bernstein J on powers of directors remaining following an order for provisional liquidation

*Liquidators of MBI v Sheikh Al Jaber* [2021] expert opinion for UK Court in relation to issues concerning the validity of share transfers and duties of directors under BVI law.

**Memberships and publications**

Tom is a member of the UK Chancery Bar Association, UK COMBAR, American Bankruptcy Institute, RISA and has published articles in the Journal of International Business and Finance and Trusts and Estates and co-authored a chapter in a book on Trust Arbitrations in Cayman Islands